**FILED & ENTERED**

**JAN 10 2017**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Ogier    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

In re:

PAUL MENDOZA AND LORENA LARA,

Debtor(s).

CASE NO.: 1:16-bk-13474-VK

CHAPTER: 13

**ORDER RE MOTION TO EXTEND DEADLINE TO FILE CASE COMMENCEMENT DOCUMENTS**

*Motion is docket entry # 9*

On December 21, 2016, the debtor filed a Motion to extend time to file case commencement documents (Motion). Having reviewed the Motion IT IS ORDERED that:

☒ The Motion is GRANTED and the new deadline to file case commencement documents is **January 24, 2017**.

☐ The Motion is DENIED because (*check all reasons that apply*):

☐ The Motion does not contain an adequate explanation for why more time is needed to file the missing documents.
☐ The Motion is not supported by a declaration under penalty of perjury.
☐ The Motion was filed after deadline for filing missing document(s).
☐ There is no Proof of Service of the Motion on all creditors.
☐ Other:

☐ A hearing on the Motion is set for the following date, time and location:    **Date:**    **Time:**

**Courtroom #**    **Address of courthouse**:

Date: January 10, 2017

Victoria S. Kaufman
United States Bankruptcy Judge