United States Bankruptcy Court
Central District of California

In re:  
Paul Mendoza  
Lorena Lara  
      Debtors

Case No. 16-13474-VK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0973-1        User: kogierC        Page 1 of 1        Date Rcvd: Jan 10, 2017  
                              Form ID: pdf042     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2017.  
db/jdb       +Paul Mendoza,   Lorena Lara,   1305 Birchcrest Ave,   Brea, CA 92821-1810

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2017                                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2017 at the address(es) listed below:  
            Elizabeth (SV) F Rojas (TR)   cacb_ecf_sv@ch13wla.com  
            Ronald A Norman   on behalf of Debtor Paul  Mendoza ronaldanorman@sbcglobal.net, david@jshoffmanlaw.com  
            Ronald A Norman   on behalf of Joint Debtor Lorena  Lara ronaldanorman@sbcglobal.net, david@jshoffmanlaw.com  
            United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov  
                                                                                                           TOTAL: 4

**FILED & ENTERED**

**JAN 10 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Ogier    **DEPUTY CLERK**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – <u>SAN FERNANDO VALLEY</u> DIVISION** | |
| In re:<br><br>PAUL MENDOZA AND LORENA LARA,<br><br><br><br>Debtor(s). | CASE NO.: 1:16-bk-13474-VK<br>CHAPTER: 13<br><br>**ORDER RE MOTION TO EXTEND DEADLINE TO FILE CASE COMMENCEMENT DOCUMENTS**<br><br>*Motion is docket entry # 9* |

On December 21, 2016, the debtor filed a Motion to extend time to file case commencement documents (Motion). Having reviewed the Motion IT IS ORDERED that:

☒ The Motion is GRANTED and the new deadline to file case commencement documents is **January 24, 2017**.

☐ The Motion is DENIED because (*check all reasons that apply*):

  ☐ The Motion does not contain an adequate explanation for why more time is needed to file the missing documents.
  ☐ The Motion is not supported by a declaration under penalty of perjury.
  ☐ The Motion was filed after deadline for filing missing document(s).
  ☐ There is no Proof of Service of the Motion on all creditors.
  ☐ Other:

☐ A hearing on the Motion is set for the following date, time and location:    **Date:**    **Time:**

  ***Courtroom #***    **Address of courthouse**:

Date: January 10, 2017

*Victoria S. Kaufman*
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 1, 2012*    Page 1    **F 1007-1.1.ORDER.FILING.DEADLINE**